Michael S. Rowe, Esq.
LAW OFFICE OF
MICHAEL S. ROWE, ESQ.
P.O. Box 2080
Minden, Nevada 89423
michael@rowelawoffices.net
Ph: 775-782-8141

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

GERBER LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

JOSHUA BARNES, DENNIS W. DOYAL and DANIEL S. MORRISON

    Defendants.
_____/

CASE NO.: 3:20-CV-00354-MMD-WGC

[~~PROPOSED~~] **ORDER CONFIRMING SETTLEMENT AND DISMISSING COMPLAINT WITH PREJUDICE**

    This matter came on before the Court on the Stipulation of Joshua Barnes, *in propria persona*, and Dennis W. Doyal, and Adult Protected Person under the Guardianship of Nicole Thomas, Douglas County Public Guardian, by and through Michael S. Rowe, Esq., who have stipulated and agreed that the Court should dismiss the Complaint with prejudice with each party bearing their own fees and costs.

    Based upon the Stipulation of Joshua Barnes and Dennis W. Doyal, by and through his representatives, it is therefore;

    **ORDERED** that the settlement agreement reached on 17 December 2020 before the Honorable Robert A. McQuaid, Jr., U.S. Magistrate Judge, shall be, and the same is hereby, confirmed. Based upon the Stipulation of the remaining parties, Joshua Barnes and Dennis W. Doyal, by and through his

/ / /

representatives, and good cause appearing, it is hereby ordered that the Complaint herein is dismissed with prejudice.

DATED this 14th day of January, 2021.

_____
CHIEF JUDGE MIRANDA M. DU
DISTRICT COURT JUDGE

2